IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUCAS M. ORTIZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEB DOUGLAS CO,<br><br>Defendant. | 8:17CV412<br><br>MEMORANDUM<br>AND ORDER |

This matter is before the court on its own motion. On May 10, 2018, the clerk of the court sent an order to Plaintiff at his last known address and it was returned to this court as undeliverable. (*See* Filing No. 11.)[1] Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **June 20, 2018**: check for address.

---

[1] A handwritten note on the envelope returned to the court gave some indication that Plaintiff had been moved to the custody of the Nebraska Department of Correctional Services ("NDCS") on December 18, 2017. (*See* Filing No. 11 at CM/ECF p.2.) A check of NDCS' online records indicates Plaintiff is in their custody at the Nebraska State Penitentiary ("NSP"). Accordingly, the court will direct the clerk's office to send a copy of this order to Plaintiff at the NSP.

3. The clerk of the court shall send a copy of this order to Plaintiff's last known address and also shall send a copy to Plaintiff at the Nebraska State Penitentiary, 4201 S. 14th Street, Lincoln, Nebraska 68502.

Dated this 21st day of May, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge