IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUCAS M. ORTIZ,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEB DOUGLAS CO,<br><br>Defendant. | **8:17CV412**<br><br>**ORDER** |

On May 10, 2018, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. ([Filing No. 10](#).) Additionally, on May 21, 2018, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. ([Filing No. 12](#).) To date, Plaintiff has not filed an amended complaint, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 2nd day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge